JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GARCIA, | Case No. CV 24-7808-GW-BFMx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITHOUT PREJUDICE** |
| GUS ALVARADO INSURANCE AGENCY, INC., et al., | |
| Defendants. | |

Based upon Plaintiff's Notice of Voluntary Dismissal of Entire Action Without Prejudice [20], it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: January 31, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE